# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AHMAD HASSAN SMITH

NO. 2024 KW 0359

**JULY 29, 2024**

---

In Re:     State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5823-F-2022.

---

**BEFORE:    CHUTZ, GREENE, AND STROMBERG, JJ.**

**WRIT GRANTED.**  The ruling denying the State's Article 412.2 motion is reversed and the motion is granted.  The district court abused its discretion in finding that the prejudicial effect of the evidence substantially outweighs its probative value.  Article 412.2 was enacted to loosen restrictions on "other crimes" evidence, and to allow evidence of "lustful disposition" in cases involving sexual offenses.  **State v. Wright**, 2011-0141 (La. 12/6/11), 79 So.3d 309, 317.  The evidence concerns relator's commission of another crime, wrong, or act involving sexually assaultive behavior or acts which indicated a lustful disposition toward children.  See La. Code Evid. art. 412.2(A).  Further, the probative value of the evidence is not substantially outweighed by the danger of unfair prejudice, confusion of the issues, misleading the jury, or by considerations of undue delay or waste of time.  See La. Code Evid. art. 403.  A lapse in time will go to the weight of the evidence, rather than its admissibility.  See **State v. Riley**, 2015-0142 (La. App. 1st Cir. 9/21/15), 2015 WL 5547489, *4 (unpublished), writ denied, 2015-1940 (La. 11/15/16), 209 So.3d 788.  Accordingly, this matter is remanded to the district court for further proceedings.

WRC
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT